IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GERALD GRAY**                                                                                           **PLAINTIFF**

v.                                    **CASE NO. 3:21-CV-00069-BSM**

**SYNGENTA CROP PROTECTION, LLC,**
**SYNGENTA AG, and CHEVRON USA, INC.**                              **DEFENDANTS**

## ORDER

The joint motion for a stay [Doc. No. 6] is granted. This case is stayed until the Judicial Panel on Multidistrict Litigation has ruled on a petition to transfer this and other cases into a consolidated proceeding before the United States District Court for the Northern District of California. *See In re Paraquat Prod. Liab. Litig*, MDL No. 3004 (J.P.M.L. Apr. 15, 2021), Doc. No.17 at 15–16.

IT IS SO ORDERED, this 14th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE